1086

VAN DORN IRON WORKS. COMPANY v.
COMMISSIONER OF INTERNAL
REVENUE.

No. 5817.

Circuit Court of Appeals, Sixth Circuit.

Dec. 5, 1930.

W. B. Stewart, of Cleveland, Ohio, for petitioner.

C. M. Charest, of Washington, D. C., for respondent.

PER CURIAM.

Docketed and dismissed by court order, pursuant to motion of counsel for respondent.

Benny WEISS v. UNITED STATES of
America.

No. 5869.

Circuit Court of Appeals, Sixth Circuit.

Feb. 10, 1931.

Nicholas Walinski, of Toledo, Ohio, for appellant.

Lee N. Murlin, Asst. U. S. Atty., of Toledo, Ohio, for appellee.

PER CURIAM.

Docketed and dismissed by court order, pursuant to motion of counsel for appellee.

Will WELLS v. UNITED STATES of
America.

No. 5705.

Circuit Court of Appeals, Sixth Circuit.

Jan. 9, 1931.

Thos. Crutchfield and H. W. Schoolfield, both of Chattanooga, Tenn., for appellant.

W. J. Carter, U. S. Atty., of Knoxville, Tenn.

PER CURIAM.

Judgment of District Court affirmed by court order.

Sam WHEELOCK v. UNITED STATES of
America.

No. 5728.

Circuit Court of Appeals, Sixth Circuit.

Jan. 12, 1931.

Robert Y. Neel and J. R. Gardner, both of Johnson City, Tenn., for appellant.

W. J. Carter, U. S. Atty., of Knoxville, Tenn.

PER CURIAM.

Dismissed by court order, for failure to file brief under the rule.

H. E. WILKENSON et al. v. HYDRAULIC
PRESS MFG. CO.

No. 5622.

Circuit Court of Appeals, Sixth Circuit.

Nov. 7, 1930.

Loomis & Caris, of Ravenna, Ohio, for appellant.

Burch, Bacon & Denlinger, of Akron, Ohio, for appellee.

PER CURIAM.

Order of District Court reversed, and cause remanded pursuant to agreement of counsel.